IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Linnear, Carlos Eugene | Case Number: 05 B 29262 |
|---|---|---|
| | Linnear, Evelyn Joyce | Judge: Hollis, Pamela S |
| | Printed: 1/22/08 | Filed: 7/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2007
Confirmed: September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,654.53 |  |
| Secured: |  | 28,732.85 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 1,706.72 |
| Other Funds: |  | 20.96 |
| Totals: | 32,654.53 | 32,654.53 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,194.00 | 2,194.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 14,756.50 | 14,013.95 |
| 3. | Saxon Mortgage Services Inc | Secured | 4,881.60 | 4,718.25 |
| 4. | American General Finance | Secured | 1,640.00 | 456.66 |
| 5. | Nuvell Financial Services | Secured | 21,361.28 | 5,680.78 |
| 6. | Great American Finance Company | Secured | 1,835.65 | 495.11 |
| 7. | Monterey Financial Services | Secured | 1,742.14 | 469.86 |
| 8. | Wells Fargo Fin Acceptance | Secured | 10,650.36 | 2,898.24 |
| 9. | Great American Finance Company | Unsecured | 0.10 | 0.00 |
| 10. | American General Finance | Unsecured | 5.19 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 82.34 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 618.01 | 0.00 |
| 13. | Cingular Wireless | Unsecured | 64.51 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 123.94 | 0.00 |
| 15. | SBC | Unsecured | 60.97 | 0.00 |
| 16. | Monterey Financial Services | Unsecured | 50.91 | 0.00 |
| 17. | B-Line LLC | Unsecured | 98.19 | 0.00 |
| 18. | Nuvell Financial Services | Unsecured | 637.51 | 0.00 |
| 19. | Cook County Treasurer | Secured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | Geico Insurance | Unsecured |  | No Claim Filed |
| 22. | American General Finance | Unsecured |  | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Linnear, Carlos Eugene  
Linnear, Evelyn Joyce  
Printed: 1/22/08

Case Number: 05 B 29262  
Judge: Hollis, Pamela S  
Filed: 7/25/05

| | | | |
|---|---|---|---|
| 26. Village of Sauk Village | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 60,803.20 | $ 30,926.85 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 868.75 |
| 5% | 218.49 |
| 4.8% | 430.48 |
| 5.4% | 189.00 |
| | _____ |
| | $ 1,706.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

